UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MELINDA MONET, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-0014 (RMU) |
| | : | | |
| v. | : | Document No.: | 21 |
| | : | | |
| RAMONA MARIE MATHEWS, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |
| | : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it this 5th day of March, 2008 hereby

**ORDERED** that the defendants' motion to dismiss [Dkt. #13] is **GRANTED**; and it is

**FURTHER ORDERED** that defendant Thien Khuu is **DISMISSED WITH PREJUDICE** as a party to this action; and it is

**ORDERED** that the plaintiff's motion for default judgment as to defendant Mathews [Dkt. #19] is **DENIED as moot**; and it is

**FURTHER ORDERED** the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge